## **STATEMENT OF FACTS**

     On November 18, 2014, members of the Metropolitan Police Department's, Special Investigations Division, saw the defendant Raymond Covington in possession of a pistol and radioed a description of the defendant to other officers.  Those officers attempted to detain the defendant within the 800 block of Kennedy Street, NW, Washington, D.C.  The defendant ran from the officers and after a brief chase the defendant was stopped by the officers and a loaded Hi-Point pistol was recovered from his right pants pocket.  The defendant was placed under arrest. To the best of the undersigned officer's knowledge, defendant Covington, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the District Court for the District of Columbia, Criminal Case No. 03-CR-114.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.

                                                              _____
                                                              OFFICER ALVIN CARDINAL
                                                              METROPOLITAN POLICE DEPARTMENT
                                                              NARCOTICS SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF NOVEMBER, 2014.

                                                              _____
                                                              U.S. MAGISTRATE JUDGE